UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESUS MELENDEZ,

                                Plaintiff,

        v.

ABRAHAM TILLMAN, *et al.*,

                                Defendants.

Case No. 3:26-cv-00122-MMD-CSD

ORDER

## I.      DISCUSSION

On February 19, 2026, pro se plaintiff Jesus Melendez, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). But the Complaint is not signed personally by Plaintiff. The Court will give Plaintiff until April 12, 2026, to submit a signed amended complaint to the Court.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

The Court cannot consider the original complaint because Plaintiff did not personally sign it. An individual named Eric Garcia assisted Plaintiff with preparing the complaint. Although Plaintiff may have assistance in preparing the complaint, Plaintiff must still personally sign the complaint and attest that the allegations are true under penalty of perjury. If Plaintiff wants to proceed with this action, Plaintiff must file an amended complaint that he has signed personally.

Plaintiff is advised that an amended complaint replaces the original complaint, so the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard*

*Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means the amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this action. The submission of a mere signature page will not be enough. Moreover, Plaintiff should file the amended complaint on this Court's approved civil-rights form, and it must be titled "First Amended Complaint."

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until April 12, 2026**, to submit a signed amended complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint and either file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Jesus Melendez (1) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same and (2) a courtesy copy of the complaint (ECF No. 1-1). The Clerk of the Court is further directed to retain the complaint but not file it at this time.

DATED: March 13, 2026.



_____
UNITED STATES MAGISTRATE JUDGE

2